UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-459 (DMC) |
| v. | : | |
| BLAS ERNERS ESPINAL CABRERA, a/k/a "Hermano" | : | O R D E R |
| | : | |

This matter having come before the Court on the application of the United States Attorney for the District of New Jersey (by Mary E. Toscano, Special Assistant United States Attorney), for an order unsealing the docket sheet, the Indictment, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 25 day of October, 2011,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the docket sheet, the Indictment, and all related papers in the above-captioned matter be UNSEALED.

HON. DENNIS M. CAVANAUGH
United States District Judge