UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 11-459 |
| BLAS ERNERS ESPINAL-CABRERA,<br>a/k/a "Hermano" | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mary E. Toscano, Assistant U.S. Attorney), and defendant BLAS ERNERS ESPINAL-CABRERA (by Patrick J. Brackley), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and three continuances having previously been approved by the Court in this matter, and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to negotiate a plea agreement, which would thereby render trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 26 day of March, 2012,

ORDERED that this action be, and hereby is, continued for a period of 60 days from March 30, 2012 to May 29, 2012; and it is further

ORDERED that the period from March 30, 2012 through May 29, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

```
_____
HON. DENNIS M. CAVANAUGH
United States District Judge
```

Form and entry
consented to:

```
_____
Mary E. Toscano
Assistant U.S. Attorney
```

```
_____
Patrick J. Brackley
Counsel for defendant BLAS ERNERS ESPINAL-CABRERA
```